IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Western

FILED BY ___ D.C.

05 JUL 20 AM 6: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 2:00-20216-D

Marcus McKinnie

---

### ORDER REFUNDING CASH APPEARANCE BOND

---

    This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

    IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $250.00, payable to Cheryl R. McKinnie at 28571 Leafy Hollow #3, Memphis, TN 38127 in full refund of the cash appearance bond posted herein.

                                          _United States District Judge_
                                          Bernice B. Donald

Date: 7-19-2005
Approved.
Thomas M. Gould, Clerk of Court
BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-20-05

94

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:00-CR-20216 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT